UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHAVON BUTLER** *aka Suki Lee*,<br><br>    Plaintiff,<br><br>    v.<br><br>**HASLEY FONSECA**, *et al.*,<br><br>    Defendants.<br><br>**This Order Also Relates to:**<br><br>    Case No. 13-cv-4978<br>    Case No. 13-cv-5165<br>    Case No. 13-cv-5166 | Case No.: 13-CV-4977 YGR<br><br>**ORDER TO SHOW CAUSE AND VACATING HEARING** |

In a five-week period spanning from September 26 to November 1, 2013, pro se Plaintiff Shavon Butler, aka Suki Lee, filed at least four separate civil lawsuits in the California Superior Court for Santa Clara County, seeking a total of over $800 billion in damages. In her four complaints, Plaintiff alleges a plot to injure her which implicates famous entertainers, household-name corporations, several television networks, the Mafia, and the President of the United States. Among the named defendants are Social Security workers who, it is alleged, aided in the plot by delaying Plaintiff's benefits determination and thereby causing her to be unable to move out of her apartment. Plaintiff also named a United States Post Office as a defendant, for allegedly allowing certain entertainers to work at the post office under false identities and steal Plaintiff's mail. These defendants being federal officers sued under state law for acts taken under color of office, the United States Attorney appeared on their behalf and, pursuant to 28 U.S.C. § 1442, removed the

four cases in which they were named to this Court. The undersigned judge related all four cases on November 25, 2013. (Case No. 13-cv-4977, Dkt. No. 13 ("November 25 Order").)

Between November 1 and November 12, 2013—that is, after removal to federal court but before the cases were related—at least one defendant in each case filed a motion to dismiss. The Court's November 25 Order required the moving defendants to renotice their motions to dismiss for hearing before the undersigned on January 14, 2014. By November 27, 2013, at least one of the moving defendants in each case had complied.

The Court's November 25 Order changed the motions' hearing date but expressly left undisturbed all other briefing deadlines. The last deadline for Plaintiff to oppose any of the pending motions to dismiss was November 29, 2013. That date has passed without Plaintiff opposing any of the motions or otherwise entering an appearance before this Court.

Accordingly, Plaintiff is hereby **ORDERED TO SHOW CAUSE** why her four lawsuits should not be dismissed for failure to prosecute. Plaintiff must file a written response to this Order no later than **Wednesday, December 11, 2013**. Failure to do so will result in the immediate dismissal of her lawsuits.

The Court hereby **VACATES** the January 14, 2014 hearing date. Pursuant to Civil Local Rule 7-1(b), the motions will be determined, if necessary, without oral argument.

**IT IS SO ORDERED**.

Date: December 4, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**