**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SHAVON BUTLER** *aka Suki Lee*,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>**HASLEY FONSECA**, *et al.*,<br><br>　　　Defendants.<br><br>**This Order Also Relates to:**<br><br>　　**Case No. 13-cv-4978**<br>　　**Case No. 13-cv-5165**<br>　　**Case No. 13-cv-5166** | Case No.: 13-CV-4977 YGR<br><br>**ORDER DISMISSING CASES** |

On December 4, 2013, the Court ordered pro se Plaintiff Shavon Butler, aka Suki Lee, to show cause why her four related cases should not be dismissed for failure to prosecute. (Case. No. 13-cv-4977, Dkt. No. 15 ("OSC").) The Court warned Plaintiff that failure to respond in writing to the OSC by December 11, 2013, would "result in the immediate dismissal of her lawsuits." (*Id.* at 2.)

The Court's deadline has passed and Plaintiff has not responded. Accordingly, the Court **DISMISSES WITH PREJUDICE** each of Plaintiff's four related cases.

This Order terminates Civil Case Nos. 13-4977, 13-4978, 13-5165, and 13-5166.

**IT IS SO ORDERED**.

Date: December 16, 2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**